**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Benjamin Eye Care, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  26-3583410

4. **Debtor's address**

   Principal place of business:
   5201 Willow Springs Rd
   # 280
   La Grange, IL 60525-6554
   Number, Street, City, State & ZIP Code

   Cook
   County

   Mailing address, if different from principal place of business:
   5201 Willow Springs Rd
   # 280
   La Grange, IL 60525-6554
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business:
   5201 Willow Springs Rd # 280 La Grange, IL 60525-6554
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Benjamin Eye Care, LLC**   Case number (*if known*) _____
     Name

7. **Describe debtor's business**   A. *Check one:*

   ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ■ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **Mark J. Benjamin**    Relationship **Owner**
    District **Northern District of Illinois Eastern Division**    When **10/24/16**    Case number, if known **16-33918**

Debtor  **Benjamin Eye Care, LLC**  
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　☐ 1,000-5,000　　　☐ 25,001-50,000  
☐ 50-99　　　☐ 5001-10,000　　　☐ 50,001-100,000  
☐ 100-199　　☐ 10,001-25,000　　☐ More than 100,000  
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion  
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion  
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion  
☒ $500,001 - $1 million　　☐ $100,000,001 - $500 million　☐ More than $50 billion

Debtor  **Benjamin Eye Care, LLC**　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 8, 2016**
　　　　　　　MM / DD / YYYY

X  *[signature]*　　　　　　　　　　　　　　　Dr. Mark Benjamin
Signature of authorized representative of debtor　　Printed name

Title  OWNER

**18. Signature of attorney**　X  *[signature]*　　　　　　　Date  **November 8, 2016**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Brian Wright**
Printed name

**Brian Wright & Associates, P.C.**
Firm name

**437 West State Street Suite 101**
**Sycamore, IL 60178**
Number, Street, City, State & ZIP Code

Contact phone  **(815) 895-2074**　　　Email address  **bw@wrightandassociateslaw.com**

**6304330**
Bar number and State